# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE SAWYERS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-3464 |
| | : | |
| PENN CREDIT CORPORATION | : | |

## ORDER

AND NOW, this 27th day of February 2023, it having been reported the above captioned matter is settled (ECF Doc. No. 33), and following today's telephone conference with counsel confirming Plaintiff agreed to dismiss her claims without affecting any other person's potential claims as she filed this case as a putative class action, it is **ORDERED**:

1. Plaintiff's claims in this action are **DISMISSED with prejudice** under Local Rule of Civil Procedure 41.1(b);[1] and,

2. The Clerk of Court shall mark this matter **CLOSED.**

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

[a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).